**v.**

**P.P. (Natural Mother); Appellant**

R.P. (Natural Father); L.P. (Natural Father); R.G. (Natural Father); and John Doe (Natural Father), Defendants.

**No. WD 64273.**

Missouri Court of Appeals,
Western District.

March 15, 2005.

Pamela S. Garrison, Kansas City, for Guardian Ad Litem.

Shelley M. Villegas, Independence, for Appellant.

Gerald F. McGonagle, Kansas City, for Respondents, M.E.T. & M.A.T.

M.A.T. Lloyd Koelker, Kansas City, for Respondent, R.P.

L.P., R.G., and JOHN DOE, for Defendants.

Before: PAUL M. SPINDEN, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

P.P. appeals the trial court's judgment that terminated her parental rights to her children.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).